# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Dale Gorski, : | |
| : | Civil Action No.: 4:11-cv-40199-FDS |
| Plaintiff, : | |
| v. : | |
| : | |
| The Brachfeld Law Group, A Professional : | |
| Corporation; and DOES 1-10, inclusive, : | |
| : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Dale Gorski ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 7, 2012

    Respectfully submitted,

    By: /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    BBO No.: 650671
    Lemberg & Associates L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 7, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg
              Sergei Lemberg, Esq.